Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teale*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-118-018

**Effective Date of Registration:**
March 27, 2018

**Title**

**Title of Work:** 24519 Sunshine Sun

**Completion/Publication**

**Year of Completion:** 2000
**Date of 1st Publication:** January 25, 2000
**Nation of 1st Publication:** United States

**Author**

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

**Copyright Claimant**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Rights and Permissions**

**Organization Name:** Anagram International, Inc.
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

**Certification**

**Name:** Nancy Kroells
**Date:** March 27, 2018



24519 Sunshine Sun

SuperShape™ XL® P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Marie Strong

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-097

**Effective Date of Registration:**
November 08, 2019

**Registration Decision Date:**
February 24, 2020

---

## Title

**Title of Work:** 32851 - Pineapple

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 15, 2015
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339, US

## Certification

**Name:** Nancy Castanias
**Date:** November 08, 2019

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-060-573

**Effective Date of Registration:**
August 03, 2017

---

**Title**

| | |
|---|---|
| **Title of Work:** | 04949 - Champagne Bottle |

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 1998 |
| **Date of 1st Publication:** | January 21, 1998 |
| **Nation of 1ˢᵗ Publication:** | United States |

**Author**

| | |
|---|---|
| **• Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

**Copyright Claimant**

📄 **04949 Champagne Bottle**

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

**Rights and Permissions**

| | |
|---|---|
| **Organization Name:** | Anagram International, Inc. |
| **Email:** | info@anagramintl.com |
| **Address:** | 7700 Anagram Drive |
| | Eden Prairie, MN 55344 United States |

**Certification**

| | |
|---|---|
| **Name:** | Nancy L. Kroells |
| **Date:** | August 03, 2017 |
| **Applicant's Tracking Number:** | 04949 |



**04949 Bubbly Wine**

SuperShape™ XL® P30

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-247-342**

**Effective Date of Registration:**
March 18, 2021

**Registration Decision Date:**
April 14, 2021

---

## Title

**Title of Work:** 28950 - Summer Scene Palm

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 12, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021

Page 1 of 1



## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-206-720

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 4 | 24 | 03 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**

It's a Boy Foot, #07688

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___United States___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?
Pseudonymous?

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

07688 It's a Boy Foot
SuperShape™ XL® P35

---

**a** **Year in Which Creation of This Work Was Completed**

2000
This information must be given Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.

Month December     Day 15     Year 2000     Nation
United States

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 24 2003
ONE DEPOSIT RECEIVED
APR 24 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages



**07688 It's a Boy Foot**

SuperShape™ XL® P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-001

**Effective Date of Registration:**
November 08, 2019
**Registration Decision Date:**
February 21, 2020

---

## Title

**Title of Work:** 29004 - Chalkboard Birthday Arrow

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date** November 08, 2019

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-990**

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 03, 2024

---

### Title

**Title of Work:** 39603 - Stegosaurus

### Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 21, 2018
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International
7700 Anagram Drive, Eden Prairie, MN, 55344

### Rights and Permissions

**Organization Name:** Anagram International
**Email:** brandprotection@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, mn 55344 United States

### Certification

**Name:** Nancy Castanias
**Date:** February 19, 2024

Page 1 of 2



## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-206-711

EFFECTIVE DATE OF REGISTRATION

| 4 | 24 | 03 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**

Happy Bee, #04745

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼

**a** **NAME OF AUTHOR ▼**
Anagram International, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___United States___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**a** Year in Which Creation of This Work Was Completed
1997
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month ___March___ Day ___15___ Year ___1997___
Complete this information ONLY if this work has been published.
Nation ___United States___

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 24 2003
ONE DEPOSIT RECEIVED
APR 24 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE □ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a** See instructions before completing this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼       Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

Area code and daytime telephone number ( 952- ) 949-5631       Fax number ( 952- ) 949-6483

Email psandkamp@anagramintl.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of **Anagram International, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis       Date April 10, 2003

Handwritten signature (X) ▼

x _Diana Curtis_

| Certificate will be mailed in window envelope to this address: | Name ▼ Patricia Sandkamp, Anagram International, Inc. |
| | Number/Street/Apt ▼ 7700 Anagram Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊛ Printed on recycled paper       U.S. Government Printing Office: 2000-461-115/08,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-008

**Effective Date of Registration:**
November 08, 2019
**Registration Decision Date:**
February 21, 2020

---

## Title

   **Title of Work:** 35389 - Dump Truck

## Completion/Publication

   **Year of Completion:** 2015
  **Date of 1st Publication:** August 30, 2015
  **Nation of 1ˢᵗ Publication:** United States

## Author

      •   **Author:** Anagram International, Inc.
   **Author Created:** 2-D artwork
  **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Anagram International, Inc.
          7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

     **Name:** Nancy Castanias
      **Date:** November 08, 2019

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-182-738

**Effective Date of Registration:**
October 18, 2019

**Registration Decision Date:**
December 13, 2019

---

## Title

**Title of Work:** 26801 Baby Girl Bottle Dots

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 15, 2012
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** October 18, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-185-234**

**Effective Date of Registration:**
October 30, 2019

**Registration Decision Date:**
January 09, 2020

---

## Title

Title of Work: 25102 - Spider

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: February 15, 2012
Nation of 1st Publication: United States

## Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: October 30, 2019

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Linle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-117-643**

**Effective Date of Registration:**
March 28, 2018

---

**Title**

Title of Work: 33815 - Rainbow with Clouds

**Completion/Publication**

Year of Completion: 2000
Date of 1st Publication: January 25, 2000
Nation of 1st Publication: United States

**Author**

Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

33815 Rainbow with Clouds
SuperShape™ XL® P35

**Copyright Claimant**

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

Name: Nancy Kroells
Date: March 28, 2018

---



## 33815 Rainbow with Clouds

SuperShape™ XL® P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-185-233**

**Effective Date of Registration:**
October 30, 2019
**Registration Decision Date:**
January 09, 2020

---

## Title

Title of Work: 25101 - Dancing Skeleton

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: February 15, 2012
Nation of 1st Publication: United States

## Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: October 30, 2019

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-085**

**Effective Date of Registration:**
July 24, 2017

---

### Title

| | |
|---|---|
| **Title of Work:** | 06195 - Champagne Glass |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1999 |
| **Date of 1st Publication:** | February 08, 1999 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

**06195 Champagne Glass**

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Anagram International, Inc. |
| **Email:** | info@anagramintl.com |
| **Address:** | 7700 Anagram Drive |
| | Eden Prairie, MN 55344 United States |

### Certification

| | |
|---|---|
| **Name:** | Nancy L. Kroells |
| **Date:** | July 24, 2017 |
| **Applicant's Tracking Number:** | 06195 |



**06195 Bubbly Wine Glass**

SuperShape™ XL® P30

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Kay A. Zerle

United States Register of Copyrights and Director.



**Registration Number**

## VA 2-182-740

**Effective Date of Registration:**
October 18, 2019
**Registration Decision Date:**
December 13, 2019

## Title

**Title of Work:** 26802 Baby Boy Bottle Dots



## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 15, 2012
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** October 18, 2019

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-340

**Effective Date of Registration:**
March 18, 2021

**Registration Decision Date:**
April 14, 2021

---

### Title

| | |
|---|---|
| **Title of Work:** | 41555 - Babysaurus |

### Completion/Publication



| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 01, 2019 |
| **Nation of 1ˢᵗ Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

### Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | March 18, 2021 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-247-339

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | 37116 - Tropical Palm Trees |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | May 23, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | March 18, 2021 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-797

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title
_____

**Title of Work:** 45450 - Stacked Bday Icons

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author
_____

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
_____

**Name:** Nancy Castanias
**Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-821

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | 42459 - Moon and Stars |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | May 06, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | May 14, 2020 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Teyle Clayth*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-085-924**
**Effective Date of Registration:**
February 01, 2018

---

## Title

**Title of Work:** 37273 - Magical Unicorn

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 05, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

37273 Magical Unicorn

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** February 01, 2018

Page 1 of 1



**37273 Magical Unicorn**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-129**

**Effective Date of Registration:**
July 24, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | 31235 - Lovely Bride |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 05, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Anagram International, Inc. |
| **Email:** | info@anagramintl.com |
| **Address:** | 7700 Anagram Drive<br>Eden Prairie, MN 55344 United States |

## Certification

| | |
|---|---|
| **Name:** | Nancy L. Kroells |
| **Date:** | July 24, 2017 |
| **Applicant's Tracking Number:** | 31235 |

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Cesle*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-176-628**

**Effective Date of Registration:**
March 14, 2019

**Registration Decision Date:**
November 05, 2019

## Title

Title of Work: 39986 Iridescent Ghost

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: October 22, 2018
Nation of 1st Publication: United States

## Author

Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: March 14, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-207-791**

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

Title of Work: 42449 - Birthday

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: May 06, 2020
Nation of 1st Publication: United States

## Author

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

Name: Nancy Castanias
Date: May 14, 2020

---

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-204-649

**Effective Date of Registration:**
January 08, 2020
**Registration Decision Date:**
May 26, 2020

## Title

| | |
|---|---|
| Title of Work: | 31454 - Smiley Snowman |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | June 01, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Anagram International, inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | January 08, 2020 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-349-977**

**Effective Date of Registration:**
May 01, 2023
**Registration Decision Date:**
June 05, 2023

---

## Title
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Title of Work: 42345 - Sitting Teddy



## Completion/Publication
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Year of Completion: 2020
Date of 1st Publication: February 18, 2020
Nation of 1st Publication: United States

## Author
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Name: Nancy Castanias
Date: May 01, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-692

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

**Title**

     Title of Work: 83119 - Nutcracker

**Completion/Publication**

    Year of Completion: 2020
  Date of 1st Publication: January 06, 2020
  Nation of 1ˢᵗ Publication: United States

**Author**

     •   Author: Anagram International, Inc.
    Author Created: 2-D artwork
  Work made for hire: Yes
     Domiciled in: United States

**Copyright Claimant**

  Copyright Claimant: Anagram International, Inc.
           7700 Anagram Drive, Eden Prairie, MN, 55344

**Certification**

      Name: Nancy Castanias
      Date: May 14, 2020



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-093**

**Effective Date of Registration:**
August 08, 2017

## Title _____

**Title of Work:** 29392 - Merry Christmas Icons

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** August 08, 2014
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification _____

**Name:** Nancy Kroells
**Date:** August 08, 2017

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-831

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42465 - LOVE Wedding

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020

---



## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

Registration Number

**VA 2-153-036**

Effective Date of Registration:
December 31, 2018

___

### Title

Title of Work: 38478 - Llama

### Completion/Publication

Year of Completion: 2018
Date of 1st Publication: April 27, 2018
Nation of 1st Publication: United States

### Author

Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

### Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Rights and Permissions

Organization Name: Anagram International, Inc.
Address: 7700 Anagram Drive
E, MN 553 United States

### Certification

Name: Nancy Kroells
Date: December 31, 2018

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-247-028**

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 12, 2021

---

### Title

Title of Work: 28908 - GWS Smiley Sunshine

### Completion/Publication

Year of Completion: 2014
Date of 1st Publication: January 01, 2014
Nation of 1st Publication: United States

### Author

- Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

### Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

### Certification

Name: Nancy Castanias
Date: March 18, 2021

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-317-483

**Effective Date of Registration:**
August 15, 2022
**Registration Decision Date:**
September 08, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | 40668 - Dinomite T-Rex |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 01, 2019 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

### Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | August 12, 2022 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-207-836**

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

### Title
_____

**Title of Work:** 83117 - Christmas Tree

### Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** January 06, 2020
**Nation of 1ˢᵗ Publication:** United States

### Author
_____

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant
_____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

### Certification
_____

**Name:** Nancy Castanias
**Date:** May 14, 2020

