IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | |
| Plaintiff, | Case No.: 1:24-cv-07285 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, ANAGRAM INTERNATIONAL, LLC and Defendant Nos. 40 Whole Sea and 53 HongyiPT identified in Schedule A of the Complaint, hereby advise this Court that they have reached a settlement and hereby stipulate to a dismissal, without prejudice.

Plaintiff's Motion to Stay [34] and Defendants' Motion to Dismiss [29][1] are now moot.

Each party is to bear its own attorneys' fees, costs and expenses.

Dated: September 30, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

*/s/ Jianyin Liu*
Jianyin Liu (FL Bar No. 1007675)
Law Offices of Jianyin Liu PLLC
30 N. LaSalle St., Suite 1510,
Chicago, Illinois 60602
Telephone: 305-209-6188
Email: jamesliulaw@gmail.com

***ATTORNEY FOR DEFENDANTS***

---

[1] Counsel for Defendants informed Counsel for Plaintiff that Defendant's appearance form [28] and Motion [29] were filed on behalf of Defendant Nos. 40 and 53 only. Defendant No. 34 HCCY was inadvertently included in the ECF header for [29]. This stipulation moots [29] and [34] in their entirety.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 30, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt