IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | |
| Plaintiff, | Case No.: 1:24-cv-07285 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, ANAGRAM INTERNATIONAL, LLC ("Plaintiff"), and Defendant No. 83 Linkbell ("Defendant") hereby stipulate to a dismissal of all claims against Defendant, with prejudice.

Each party is to bear its own attorneys' fees, costs and expenses

DATED: December 2, 2024                                    Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Mark Berkowitz* |
| Keith A. Vogt (Bar No. 6207971) | Mark Berkowitz |
| Keith Vogt, Ltd. | Tarter Krinsky & Drogin LLP |
| 33 West Jackson Boulevard, #2W | 1350 Broadway |
| Chicago, Illinois 60604 | New York, NY 10018 |
| Telephone: 312-971-6752 | Telephone: (212)-216-1166 |
| E-mail: keith@vogtip.com | E-mail: mberkowitz@tarterkrinsky.com |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANT*** |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered parties of record.

      */s/ Keith A. Vogt*
Keith A. Vogt