## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ANAGRAM INTERNATIONAL, LLC,

      Plaintiff,                        Case No.: 1:24-cv-07285

v.                                     Judge Franklin U. Valderrama

THE PARTNERSHIPS AND          Magistrate Judge Sheila M. Finnegan
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 232 | YUFAN Co.Ltd |

DATED: December 11, 2024           Respectfully submitted,

                                  */s/ Keith A. Vogt*
                                  Keith A. Vogt (Bar No. 6207971)
                                  Keith Vogt, Ltd.
                                  33 W. Jackson Blvd., #2W
                                  Chicago, Illinois 60604
                                  Telephone: 312-971-6752
                                  E-mail: keith@vogtip.com

                                  ***ATTORNEY FOR PLAINTIFF***

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 11, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt