# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Anagram International, LLC

                                              Plaintiff,

v.                                                                Case No.: 1:24−cv−07285

                                                                        Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

        MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Voluntary Dismissal [105] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice as to defendant no. 232 YUFAN Co.Ltd (Yufan). Accordingly, the Court terminates Yufan's motion to dismiss [43] and Plaintiff's motion to stay the motion to dismiss [64] as moot. On or before 12/19/2024, Plaintiff is directed to file a status report with proposed next steps as to any remaining defendants. If no defendants remain in the case, Plaintiff should advise the Court and file a motion for the return of the bond. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.